# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL No. 2326

THIS DOCUMENT RELATES TO

KAREN SARVER and DOUG SARVER,

    Plaintiff,

vs.

BOSTON SCIENTIFIC CORPORATION,

    Defendant.

2:12-cv-01596

## JOINT DESIGNATION OF RECORDS TO BE INCLUDED UPON REMAND

In addition to all pleadings in the case-specific docket, and all PTOs, the parties jointly designate the following documents from the docket in MDL No. 2326 (2:12-md-02326) to be included in the record on remand.

| No. | Date Filed | Dkt. No. | Docket Text |
| --- | --- | --- | --- |
| 1. | 07/30/12 | 161 | Stipulated Protective Order |
| 2. | 08/30/12 | 184 | Stipulation for the Production of Documents and Electronically Stored Information |
| 3. | 9/26/12 | 196 | New Direct Filing Order, Master Complaint, SF Complaint |
| 4. | 09/26/12 | 197 | Master Long Form Complaint And Jury Demand |
| 5. | 09/26/12 | 200 | Boston Scientific Corporation's Master Answer To Plaintiff's Master Long Form Complaint |
| 6. | 05/01/19 | 8025 | Pretrial Order # 208 |
| 7. | 08/13/20 | 8500 | Order and Suggestion of Remand |
| 8. | 11/01/19 | 8315 | Plaintiff's Notice of Adoption of Prior *Daubert* Motion of Dr. Stephen Badylak for Wave 7 Cases re: Wave 3 *Daubert* Motion and Memorandum [4826] and Reply [5033] |

| 9. | 01/11/18 | 4826 | Plaintiffs' Motion and Memorandum of Law in Support of Their Motion to Exclude the Opinions and Testimony of Dr. Stephen F. Badylak |
| 10. | 11/18/19 | 8364 | Boston Scientific Corporation's Notice of Adoption of Prior *Daubert* Response of Stephen Badylak, Ph.D. for Wave 7 Cases re: Wave 3 *Daubert* Response [4976] |
| 11. | 02/01/18 | 4976 | Boston Scientific Corporation's Opposition to Plaintiffs' Motion to Exclude the Opinions and Testimony of Dr. Stephen F. Badylak |
| 12. | 02/08/18 | 5033 | Plaintiffs' Reply to Defendant's Response to Plaintiffs' Motion to Exclude the Opinions and Testimony of Dr. Stephen F. Badylak |
| 13. | 05/29/18 | 6041 | Memorandum Opinion and Order re Dr. Stephen F. Badylak for Wave 3 |
| 14. | 11/01/19 | 8323 | Plaintiffs' Wave 7 Notice of Adoption of Prior Daubert Motion and Memorandum to Exclude Dr. Lonny Green from BSC Waves 1 and 2 [1010] and the reply briefing from *Fowler v. Boston Sci. Corp.*, 2:13-cv-03932 [92] |
| 15. | 01/16/15 | 1010 | Plaintiffs' Memorandum of Law in Support of Their Joint Motion to Limit the Opinions and Testimony of Lonny Green, M.D. |
| 16. | 01/23/15 | 1018 | PTO #119 (Order re: Pending *Daubert* Motions filed in MDL) |
| 17. | 11/18/19 | 8371 | Boston Scientific Corporation's Wave 7 Notice of Adoption of Prior *Daubert* Response of Lonny Green, M.D. for Boston Scientific Wave 1 and 2 from *Allen v. Boston Sci.* 2:13-cv-06738 [67] |
| 18. | 11/01/19 | 8316 | Plaintiffs' Notice of Adoption of Prior *Daubert* Motion of Dr. Steven Little for Wave 7 Cases re: Daubert Motion and Memorandum [4825] and Reply [5034] |
| 19. | 01/11/18 | 4825 | Plaintiffs' Motion and Memorandum of Law in Support of Their Motion to Exclude the Opinions and Testimony of Steven R. Little, Ph.D. |
| 20. | 11/01/19 | 8362 | Boston Scientific Corporation's Notice of Adoption of Prior *Daubert* Response of Stephen Little, Ph.D. for Wave 7 Cases re: Wave 3 *Daubert* Response [4979] |
| 21. | 02/01/18 | 4979 | Response in Opposition to Plaintiffs' Motion to Exclude the Opinions and Testimony of Steven R. Little, Ph.D. |
| 22. | 02/08/18 | 5034 | Plaintiffs' Reply to Defendant's Response to Plaintiffs' Motion to Exclude the Opinions and Testimony of Steven R. Little, Ph.D. |

| | | | |
|---|---|---|---|
| 23. | 05/30/18 | 6044 | Memorandum Opinion and Order re: Dr. Steven R. Little, Ph.D. for Wave 3 |
| 24. | 11/01/19 | 8326 | Plaintiffs' Notice of Adoption of Prior *Daubert* Motion of Dr. Peter Rosenblatt for Wave 7 Cases re: Wave 3 *Daubert* Motion and Memorandum [4833] and Reply [5039] |
| 25. | 01/11/18 | 4833 | Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Peter Rosenblatt, M.D. and Memorandum in Support |
| 26. | 11/18/19 | 8363 | Boston Scientific Corporation's Notice of Adoption of Prior *Daubert* Response of Peter Rosenblatt, M.D. for Wave 7 Cases re: Wave 3 *Daubert* Response [4978] |
| 27. | 02/01/18 | 4978 | Memorandum in Opposition to Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Dr. Peter Rosenblatt |
| 28. | 02/08/18 | 5039 | Plaintiffs' Reply Brief in Support of Motion to Exclude Certain Opinions and Testimony of Peter Rosenblatt, M.D. |
| 29. | 05/30/18 | 6047 | Memorandum Opinion and Order re: Dr. Peter Rosenblatt, M.D. |
| 30. | 11/01/19 | 8317 | Plaintiff's Notice of Adoption of Prior Daubert Motion of Dr. Stephen Spiegelberg for Wave 7 Cases re: Wave 4 Daubert Motion and Memorandum [7004] and Reply [7160] |
| 31. | 10/18/18 | 7004 | Plaintiffs' Combined Motion and Memorandum of Law to Exclude the Opinions and Testimony of Stephen H. Spiegelberg, Ph.D. for Wave 4 Cases (and adopting re: Wave 3 Motion and Memo [4827] and Reply [5031]; and *Tyree v. Boston Sci Corp*., 2:12-cv-08633, Memo [216]) |
| 32. | 01/11/18 | 4827 | Plaintiffs' Motion to Exclude Certain Testimony of Steven Spiegelberg, Ph.D and Memorandum in Support |
| 33. | 11/18/19 | 8377 | Boston Scientific Corporation's Notice of Adoption of Prior Daubert Response of Stephen Spiegelberg, Ph.D. for Wave 7 Cases re: Wave 4 *Daubert* Responses [7088], Wave 3 *Daubert* Response [4969]; and Tyree v. Boston Sci Corp., 2:12-cv-08633, *Daubert* Response [275] |
| 34. | 10/25/18 | 7088 | Boston Scientific Corporation's Response in Opposition to Plaintiffs' Combined Motion to Exclude the Opinions and Testimony of Dr. Stephen Spiegelberg, Ph.D. |
| 35. | 02/01/18 | 4969 | Boston Scientific Corporation's Response in Opposition to Plaintiffs' Motion to Exclude the |

| | | | |
|---|---|---|---|
| | | | Opinions and Testimony of Dr. Stephen Spiegelberg, Ph.D. |
| 36. | 11/01/18 | 7160 | Plaintiffs' Reply in Support of Their Motion to Exclude the Opinions and Testimony of Stephen H. Spiegelberg, Ph.D. |
| 37. | 02/08/18 | 5031 | Plaintiffs' Reply Brief in Support of Motion to Exclude Opinions and Testimony of Steven Spiegelberg, Ph.D |
| 38. | 05/30/18 | 6049 | Memorandum Opinion and Order (Daubert Motion re: Stephen H. Spiegelberg, Ph.D.) |
| 39. | 11/04/19 | 8339 | Boston Scientific Corporation's Notice of Adoption of Prior Daubert Motion to Exclude Jerry Blaivas, M.D. for Wave 7 cases re: Daubert Motion [4822] |
| 40. | 01/11/18 | 4822 | Boston Scientific Corporation's Motion and Memorandum in Support to Exclude the Opinions and Testimony of Jerry Blaivas, M.D. |
| 41. | 11/14/19 | 8351 | Plaintiffs' Notice of Adoption of Prior Daubert Response of Jr. Jerry Blaivas for Wave 7 Cases re: Daubert Response [4962] |
| 42. | 02/01/18 | 4962 | Plaintiffs' Opposition to Boston Scientific Corporation's Motion and Memorandum in Support to Exclude the Opinions and Testimony of Jerry Blaivas, M.D. |
| 43. | 05/29/18 | 6029 | Memorandum Opinion and Order (Daubert Motion re: Dr. Jerry Blaivas, M.D.) |
| 44. | 11/04/19 | 8330 | Boston Scientific Corporation's Memorandum of Law in Support and Motion to Exclude the Opinions and Testimony of Jimmy W. Mays, Ph.D. [requesting the court adopts its decision in *Frankum v. Boston Scientific*, No. 2:12-CV-00904] |
| 45. | 11/18/19 | 8365 | Plaintiffs' Memorandum in Opposition to Defendant's Motion to Exclude the Opinions and Testimony of Plaintiffs' Expert, Jimmy M. Mays, Ph.D. |
| 46. | 11/25/19 | 8384 | Boston Scientific Corporation's Reply to Plaintiffs' Memorandum in Opposition to Defendant's Motion to Exclude the Opinions and Testimony of Plaintiffs' Expert, Dr. Jimmy Mays |
| 47. | 11/04/19 | 8336 | Boston Scientific Corporation's Notice of Adoption of Prior Daubert Motion to Exclude Peggy Pence, Ph.D. for Wave 7 re: Daubert Motion [4815] |
| 48. | 01/11/18 | 4815 | Boston Scientific Corporation's Motion to Exclude the Opinions and Testimony of Peggy Pence, Ph.D. and Memorandum in Support |

| | | | |
|---|---|---|---|
| 49. | 11/15/19 | 8356 | Plaintiff's Notice of Adoption of Prior Daubert Response of Peggy Pence, Ph.D. for Wave 7 Cases re: Daubert Response [4968] |
| 50. | 02/01/18 | 4968 | Plaintiffs' Response in Opposition to Defendant Boston Scientific Corporation's Motion to Exclude the Opinions and Testimony of Peggy Pence, Ph.D. |
| 51. | 11/25/19 | 8381 | Boston Scientific Corporation's Notice of Adoption of Reply Memorandum in Support of its Motion to Exclude the Opinions and Testimony of Peggy Pence, Ph.D. for Wave 7 Cases re: Daubert Reply [5038] |
| 52. | 02/08/18 | 5038 | Boston Scientific Corporation's Reply Memorandum in Support of its Motion to Exclude the Opinions and Testimony of Peggy Pence, Ph.D. |
| 53. | 05/29/18 | 6038 | Memorandum Opinion and Order (Daubert Motion re: Dr. Peggy Pence, Ph.D.) |
| 54. | 11/04/19 | 8328 | Boston Scientific Corporation's Notice of Adoption of Prior Daubert Motion to Exclude Bruce Rosenzweig, MD for Wave 7 re: Daubert Motion [8084] |
| 55. | 05/13/19 | 8084 | Boston Scientific Corporation's Motion to Exclude the General Causation Testimony of Dr. Bruce Rosenzweig, M.D. and Memorandum in Support |
| 56. | 11/15/19 | 8357 | Plaintiffs' Response and Memorandum in Opposition to Defendant Boston Scientific Corp.'s Motion to Exclude the General Causation Testimony of Dr. Bruce Rosenzweig, M.D. |
| 57. | 11/25/19 | 8382 | Boston Scientific Corporation's Reply in Support of Motion to Exclude the General Causation Testimony of Dr. Bruce Rosenzweig, M.D. and Memorandum in Support |
| 58. | 05/29/18 | 6039 | Memorandum Opinion and Order re: Dr. Bruce Rosenzweig |
| 59. | 11/04/19 | 8334 | Boston Scientific Corporation's Motion to Exclude Certain Opinions and Testimony of Abbas Shobeiri, M.D. and its Memorandum in Support |
| 60. | 11/18/19 | 8370 | Plaintiffs' Response in Opposition to Defendants' Motion to Exclude Certain Opinions and Testimony of Abbas Shobeiri, M.D. |
| 61. | 11/18/19 | 8374 | Plaintiffs' Brief in Support of Response in Opposition to Motion to Exclude Certain Opinions and Testimony of Abbas Shobeiri, M.D. |
| 62. | 11/25/19 | 8383 | Boston Scientific Corporation's Reply in Support of Its Motion to Exclude Certain Opinions and Testimony of Abbas Shobeiri, M.D. |

The parties also jointly designate the following documents from the docket in *Allen v. Boston Scientific* 2:13-cv-06738 to be included in the record on remand.

| No. | Date Filed | Dkt. No. | Docket Text |
|---|---|---|---|
| 63. | 02/23/15 | 67 | Boston Scientific Corporation's Opposition to Plaintiffs' Joint Motion to Limit the Opinions and Testimony of Lonny Green, M.D. from *Allen v. Boston Sci.* 2:13-cv-06738 |

The parties also jointly designate the following documents from the docket in *Fowler v. Boston Scientific* 2:13-cv-03932 to be included in the record on remand.

| No. | Date Filed | Dkt. No. | Docket Text |
|---|---|---|---|
| 64. | 03/03/15 | 92 | Plaintiffs' Reply in Support of their Motion to Limit the Opinions and Testimony of Lonny Green, M.D. and Brief in Support from *Fowler v. Boston Sci. Corp.*, 2:13-cv-03932 |
| 65. | 06/03/16 | 115 | Memorandum Opinion and Order (Daubert Motions), *Fowler v. Boston Sci. Corp.*, 2:13-cv-03932 |

The parties also jointly designate the following documents from the docket in *Frankum v. Boston Scientific* 2:12-cv-00904 to be included in the record on remand.

| No. | Date Filed | Dkt. No. | Docket Text |
|---|---|---|---|
| 66. | 05/01/15 | 104 | Memorandum Opinion and Order, *Frankum v. Boston Sci. Corp.*, No. 2:12-cv-00904 (Daubert Motions) |

The parties also jointly designate the following documents from the docket in *Tyree v. Boston Scientific* 2:12-cv-08633 to be included in the record on remand.

| No. | Date Filed | Dkt. No. | Docket Text |
|---|---|---|---|
| 67. | 08/01/14 | 216 | Plaintiff's Memorandum in Support of their MTE Dr. Steven Spiegelberg |
| 68. | 08/11/14 | 275 | Defendant Boston Scientific Corporation's Opposition to Plaintiffs' Motion to Exclude the Opinions and Testimony of Stephen H. Spiegelberg, Ph.D. |
| 69. | 10/29/14 | 473 | Amended Order on Daubert Motions |

The parties further agree and stipulate that, subject to the Court's approval, if any party believes a relevant document was inadvertently not included in the above list, the parties may

confer and jointly supplement this joint designation without requesting a hearing or a motion to supplement. The parties also agree that the document designations are intended to incorporate and include all exhibits or attachments that accompanied the documents as filed.

Dated: August 20, 2020

*/s/ Sean T. Keith*
Sean T. Keith
**KEITH LAW GROUP**
5050 W. Northgate Rd. Suite 108
Rogers, AR 72758
Telephone: 479.335.1355
Fax: 479.244.2889
sean@keithlawgroup.com
ATTORNEY FOR PLAINTIFFS

*/s/ Eric M. Anielak*
Eric M. Anielak
Jon A. Strongman
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone: 816.474.6550
Facsimile: 816.521,5547
eanielak@shb.com
jstrongman@shb.com
ATTORNEYS FOR DEFENDANT
BOSTON SCIENTIFIC CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2020, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

By: */s/ Eric M. Anielak*
Eric M. Anielak
SHOOK, HARDY & BACON L.L.P.

ATTORNEYS FOR DEFENDANT
BOSTON SCIENTIFIC CORPORATION